**MEMO ENDORSED**

The Clerk of the Court is directed to mail a copy of this Order to the Plaintiff and Dkt. no. 162

6.11.18

UNITED STATES DISTRICT COURT
Southern District of New York

Gregory Cooper, Pro Se
Petitioner

V.

United States of America
Respondent

Criminal Case # 08-356 (KMK)

Denied. The Court granted the Government's request for an extension of time to respond until 7/26/18 — a date which has not yet passed. (Dkt. No. 162.) The Clerk of Court is directed to terminate the pending motion. (Dkt 166)

SO ORDERED
KMK 7/19/18

Motion for Summary Judgement pursuant to a writ of Coram Nobis

The Government has not responded to Judge Karas order dated 5.11.18. Therefore the Government does not oppose the motion for relief filed 5.9.18. The relief the Petitioner is seeking, is the right to plead guilty to the plea bargain presented to me by the Government at the reverse proffer meeting. I would have taken the plea if not advised by counsel to go to trial because I couldn't get more time than the plea offer of 12 years. The argument he made to me to not accept the plea was the exact argument he made to the court in his sentencing memorandum and verbally at my sentencing where I received 210 months. Coram Nobis has been used in our circuit to give relief to an incarcerated person. The Honorable John Gleeson used Coram Nobis in the case of:
United States v. Marin-Moreno, Lexis 30287, (Mar 2016). It was a case concerning ineffective assistance of counsel and was granted while the person was in custody. It was a trial case and the Government opposed the motion. Judge Gleeson wrote: "Coram Nobis relief is available to correct errors of the most fundamental character. It gives the court the authority to attain justice or to remedy an invalid sentence."
For the foregoing reasons, the motion should be granted.

Sincerely,



Gregory Cooper 45649-054 PA 171
Federal Prison Camp Schuylkill
P.O. Box 670
Minersville, PA 17954

Mailed from
Federal Prison Camp
Schuylkill, PA

TO  ⇔45649-054⇔
Court Clerk
US Courthouse
300 Quarropas ST
White Plains, NY 10601
United States

12 JUN 2018 PM 1 L

RECEIVED
JUN 14 2018
U.S.D.C.
WP

10601-415099