UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X
UNITED STATES OF AMERICA           :
                                                              :   ~~[PROPOSED]~~ ORDER
- v -                                                        :
                                                              :   08 Cr. 356 (KMK)
GREGORY COOPER,                          :
                                                              :
            Defendant.                              :
---------------------------------------------------X

KENNETH M. KARAS, United States District Judge:

I have granted the defendant Gregory Cooper's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) for the reasons set forth in my April 28, 2020 memo endorsement (ECF Docket Entry 181).

It is hereby ORDERED that:

1. Cooper's motion for compassionate release is granted;

2. Cooper's prison sentence is hereby reduced to time served;

3. The warden of the Metropolitan Detention Center shall forthwith release Cooper from custody; and

4. Cooper's supervised release conditions are hereby modified to include 18 months of home confinement to be enforced at the discretion of the Probation Department; all other conditions that were imposed remain.

Dated: New York, New York         SO ORDERED:
       April 29, 2020

                                                          *[signature]*

                                                          **HONORABLE KENNETH M. KARAS**
                                                          **UNITED STATES DISTRICT JUDGE**